## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

MAR -3 2025 1:46 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | |
| v. | JUDGE |
| | 2:25-CR-34 |
| PASCUAL SOLIS-ARCOS, | INFORMATION   Judge Sargus |
| Defendant. | 8 U.S.C. § 1326(a) |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
### (Illegal Reentry of a Removed Alien)

On or about January 18, 2025, in the Southern District of Ohio, the defendant, **PASCUAL SOLIS-ARCOS**, an alien, knowingly and unlawfully entered and was found in the United States after having been removed, excluded, or deported from the United States on or about September 1, 2024, without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission to the United States prior to his return.

**In violation of 8 U.S.C. § 1326(a).**

KELLY A. NORRIS
**Acting United States Attorney**

_/s/ Courter Shimeall_
**S. COURTER SHIMEALL (0090514)**
**Assistant United States Attorney**